AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>CONTENTS OF AMERICAN EXPRESS HIGH YIELD SAVINGS ACCOUNT 1517746747, IN THE NAME OF JUSTIN LEWIS | Case No.  1:18mj    1-18-mj-13-GRJ |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Northern___ District of ___Florida___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981 and 982___ *(describe the property)*:

All funds contained in American Express High Yield Savings Account 1517746747, in the name of Justin Lewis.

The application is based on these facts:
See Attached Affidavit incorporated by reference as if fully restated herein, which sets forth probable cause to forfeit the property and reasons why an order under 21 U.S.C. § 853(e) may be inadequate. The United States asserts that the Court should issue a Criminal Seizure Warrant as authorized under 21 U.S.C. § 853(f) because (1) there is probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture, and (2) an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

☑ Continued on the attached sheet.

*Applicant's signature*

BRANNON BAXTER, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 6, 2018

*Judge's signature*

City and state: Gainesville, Florida

GARY R. JONES, U.S. MAGISTRATE JUDGE
*Printed name and title*

Filed 0206'18 USDcFln1AM1024