IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN THE MATTER OF  Case Nos.  1:18mj7-GRJ
SEIZURE WARRANTS            1:18mj8-GRJ
                            1:18mj9-GRJ
                            1:18mj10-GRJ
                            1:18mj11-GRJ
                            1:18mj12-GRJ
                            1:18mj13-GRJ
                            1:18mj14-GRJ
                            1:18mj15-GRJ
                            1:18mj16-GRJ
_____/

## MOTION FOR ORDER TO UNSEAL

Comes now the United States of America, by and through its undersigned counsel, and hereby moves for an order directing the unsealing of certain documents relating to court-authorized seizure warrants issued in the Northern District of Florida for the purpose of disclosure in the prosecution of United States v. Justin Lewis, case no. 1:18cr15-MW. In support thereof, the United States respectfully suggests the following:

1. Upon applications filed by the government in case nos. 1:18mj7-GRJ, 1:18mj8-GRJ, 1:18mj9-GRJ, 1:18mj10-GRJ, 1:18mj11-GRJ, 1:18mj12-GRJ, 1:18mj13-GRJ, 1:18mj14-GRJ, 1:18mj15-GRJ, and 1:18mj16-GRJ, this Court issued warrants.

2. The warrants, applications, affidavits, and accompanying orders were

sealed.

3. On June 26, 2018, the Grand Jury in the Northern District of Florida returned an indictment in <u>United States v. Justin Lewis</u>, case no. 1:18cr15-MW charging the defendant with wire fraud and aggravate identity theft. The above-described sealed documents need to be unsealed at this time so that they can be provided as discovery in case no. 1:18cr15-MW.

WHEREFORE, the United States respectfully moves for an order directing that the applications, affidavits, orders and any other related documents, be unsealed.

Dated October 1, 2018.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney
Northern District of Florida

*/s/ Gary Milligan*
Gary Milligan
Assistant United States Attorney
DC Bar No. 484813
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301-7730
(850) 942-8430 (Telephone)
(850) 942-8424 (Facsimile)